IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD BARKER FREENEY, ) | |
| AIS #270785, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10-CV-404-ID |
| ) | [WO] |
| ) | |
| CITY OF MONTGOMERY, ) | |
| ) | |
| Defendant. ) | |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

This case is before the court on a 42 U.S.C. § 1983 complaint filed by Richard Barker Freeney ["Freeney"], a state inmate, in which he challenges conditions of confinement during his prior incarceration at the Montgomery County Detention Facility. At the time he filed this complaint, Freeney did not pay the requisite $350.00 filing fee nor did he submit an affidavit in support of a motion for leave to proceed *in forma pauperis*. Thus, the court did not have the information necessary to determine whether Freeney should be allowed to proceed *in forma pauperis* in this case and therefore entered an order requiring that Freeney provide the court with such information on or before May 28, 2010. *Order of May 11, 2010 - Court Doc. No. 2* at 1-2. The court specifically cautioned Freeney that his failure to comply with the directives of this order would result in a recommendation that this case be dismissed. *Id*. at 2.

As of the present date, Freeney has filed nothing in response to the May 11, 2010 order. The court therefore concludes that this case is due to be dismissed for such failure.[1]

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for Freeney's failure to provide the court with necessary financial information in compliance with the orders of this court.

It is further

ORDERED that on or before June 30, 2010 the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); *Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *Bonner v. City of Prichard*, 661 F.2d

---

[1] The court notes that even if Freeney submitted the filing fee or the court granted him leave to proceed *in forma pauperis* this case would remain subject to summary dismissal as the City of Montgomery is in no way responsible for the operation of the Montgomery County Detention Facility.

1206 (11th Cir. 1981, *en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 14th day of June, 2010.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE