IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD BARKER FREENEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-404-ID |
| | ) | [WO] |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION AND ORDER**

On June 14, 2010, the Magistrate Judge filed a Recommendation (Doc. 3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.   The Recommendation of the Magistrate Judge is ADOPTED; and

2.   This case be DISMISSED without prejudice for Plaintiff's failure to provide the court with the necessary financial information in compliance with the orders of this court.

An appropriate judgment will be entered.

Done this the 9th day of July, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE